

**UNITED STATES DISTRICT COURT, BOSTON MA**

FILED
IN CLERKS OFFICE
2020 SEP 10  PM 1:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

Naing Naing Aung

Plaintiff,

vs.

1. Marc Prettenhofer since 2011 and serial offender

2. Michael McLaughlin **(NEW)** and Steven Weatherhead (they know why) since 2013

3. Center for Health Information and Analysis, CHIA (the employer in Commonwealth) since 2011

4. Robert M. Shea Attorney for Arcadia Healthcare Solutions, LLC. Burlington MA (they did exactly as CHIA and they hide who had raped my character and dignity.  Since they do not tell me who it is, I'm holding them accountable) since 2017 **(NEW)**

5. Commonwealth of Massachusetts (this includes state agencies who had participated in retaliating, discriminating, diminishing, lies, coverups) since 2011

6. **Anyone** who had puppeteer, plan, organized, agreed, took actions not to hire me and reaching out to employers with discriminative lies and coverups (**some NEW**)

7. **Anyone** and organizations who were involved in calling me a bitch and making character and dignity diminished allegations of you must be drunk in February of 2018 at my resident town and leaving **"YOUR A SELFISH BITCH"** note on my car windshield at Shrewsbury, MA police station (some NEW and same defendants from case #14-cv-14402-PBS)

Defendants,

---

### FILINGS: New case; Please kindly see the attached Civil Cover Sheet

---

I understand that it was stated on the cover sheet and I can only cross out one.  But, the

defendants had done so many law breakings and I am checking it off more than one on the civil

cover sheet.

### THE DEFENDANTS LIST

Some are new and some are old.  Not all the defendants are listed on the civil cover sheet. Please see above.

### CASE

This has been going on since 2011.  With respect to the Honorable Judge Saris, please kindly see the case number 14-cv-14402-PBS.  I am also requesting to reopen the case. If I am able to resolve this case, 14-cv-14402-PBS, with the new and old defendants, I do not need to open the new case.  Thus, for the documents, please kindly see case, 14-cv-14402-PBS.  I am also, requesting to transfer the cases from state courts Suffolk County Superior court (Case number 18-1235C) and Appeal courts of Massachusetts (2019-P-1201).

### COMPENSATION LOSSES

I had lost so much since I had refused to have sex with Marc Prettenhofer.  Jobs after jobs, labelled, blamed and shamed, including slut shaming, intelligence shaming since 2011.  Losing my home, life savings, pensions, prospective jobs offers.  All of these need to be compensated.

**PLEASE MAKE IT RIGHT!**

### JURY TRIAL RESPECTFULLY DEMANDED

I am more than willing to resolve this with the help from this court with the defendants. However, I had been trying to resolve with the defendants' attorneys before filing this case and it has not been resolvable.  Commonwealth and I had arbitration in 2014, the case was filed in

this court in 2014 and it had not been resolvable.  I had lost so much because of the defendants.  I would really appreciate it if this court can help me resolve it.  However, if it fails, I would like to respectfully demand for the fair jury trial.  The attorney general of Massachusetts knows exactly what I would like to accomplish from the losses.

Thank you very much.

Respectfully,

Naing Naing Aung

/s/ Naing Naing Aung
NaingNAung@gmail.com
September 10th, 2020
14 Bannister Street
Shrewsbury, MA - 01545